UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE SAGINAW CHIPPEWA INDIAN TRIBE OF MICHIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD and in their official capacities as Members of the Board, MARK G. PEARCE, Chairman, CRAIG BECKER, and BRIAN HAYES.<br><br>    Defendants. | Case No. 11-cv-14652<br><br>Honorable Thomas Ludington<br><br>Magistrate Judge Charles E. Binder |

### DEFENDANTS NATIONAL LABOR RELATIONS BOARD ET AL.'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the National Labor Relations Board et al. (NLRB) hereby respectfully moves to dismiss this case for lack of subject matter jurisdiction. For the reasons stated in the accompanying brief, this Court lacks subject matter jurisdiction to hear challenges to the NLRB's jurisdiction over an ongoing unfair labor practice proceeding. Therefore, the Complaint must be dismissed.

Respectfully submitted,

| | |
|---|---|
| DENNIS BOREN (MI No. P28524) | ERIC G. MOSKOWITZ  (DC No. 184614) |
| Regional Attorney | National Labor Relations Board |
| 477 Michigan Avenue, Room 300 | Assistant General Counsel |
| Detroit, MI 48226-2569 | Special Litigation Branch |
| (313) 226-3230 | National Labor Relations Board |
| Dennis.Boren@nlrb.gov | 1099 14th Street, N.W. |
| | Washington, D.C. 20570 |
| | (202) 273-2931 |
| | Eric.Moskowitz@nlrb.gov |

/s/NANCY E. KESSLER PLATT (DC No. 425995)
Supervisory Attorney, Special Litigation
(202) 273-2937
Nancy.Platt@nlrb.gov

MARK G. ESKENAZI  (NY No. 4655619)
Attorney, Special Litigation Branch
(202) 273-1947
Mark.Eskenazi@nlrb.gov

Dated:       Washington, D.C.
             October 28, 2011

2